| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) CLELAND, ROBERT H | 2. Court or Organization US DISTRICT COURT, ED MI | 3. Date of Report 06/30/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 707 Theodore Levin Courthouse 231 West Lafayette Blvd Detroit, MI 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust 1 |
| 2. Co-Trustee | Trust 2 |
| 3. Co-Trustee | Trust 3 |
| 4. Co-Trustee | Trust 4 |
| 5. Trustee | Trust 5 |
| 6. President | Foundation 1 |
| 7. President | Sub-Chapter S Corporation 1 |
| 8. Partner | Partnership 1 |
| 9. Member | Board of Directors Condomium Association |
| 10. Member | Investment Club |
| 11. | |

RECEIVED 2006 JUL -5 A 10: 19 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1985 | DEFERRED COMP. AGREEMENT; ADMINISTRATOR: NATIONWIDE INSURANCE COMPANY |
| 2. 1973 | RETIREMENT PLAN; ███████ ; AGE 59 ELIGIBILITY |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 06/30/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason Law and Economics Center | Contracts Seminar; Arizona; October 21-27, 2005 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 06/30/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| 2005 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Robert H. Cleland | 06/30/2006 |

VII. Page 1    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | Fractional share of FR6 | G | Dividend | P1 | T | | | | | Reported in 2004 as Partnership1 on lines 1 & 24 |
| 2 | 3M Company (common) | A | Dividend | K | T | | | | | Reported on 2004 report on line 15 |
| 3 | Aztar (common) | None | | J | T | | | | | Reported on 2004 report on line 25 |
| 4 | Citizens First Bancorp Inc (common) | A | Dividend | J | T | | | | | Reported on 2004 report on line 3 |
| 5 | CUB Investment Partnership | E | Dividend | N | T | | | | | Reported on 2004 report on lines 4 & 26 |
| 6 | Deferred Compensation Plan | None | | N | T | | | | | Reported on 2004 report on line 5 |
| 7 | DFA US Large Cap Value Fund | A | Dividend | K | T | Buy | 04/26 | K | | |
| 8 | DFA US Small Cap Value Fund | B | Dividend | K | T | Buy | 04/26 | K | | |
| 9 | Fidelity Cash Reserves Fund | B | Dividend | M | T | | | | | Reported on 2004 report on line 2 |
| 10 | Fidelity Daily Income Fund | A | Dividend | J | T | | | | | Reported on 2004 report on line 29 |
| 11 | Florida residential real estate held for rental; ▮▮▮▮ | D | Dividend | M | T | | | | | Reported on 2004 report on line 16 |
| 12 | Forward Intemtl Small Co (common) | A | Dividend | J | T | | | | | Reported on 2004 report on line 31 |
| 13 | General Electric Co (common) | A | Dividend | J | T | | | | | Reported on 2004 report on line 8 |
| 14 | Greenfield Commercial Credit Canada (common) | None | | K | T | | | | | Reported on 2004 report on line 9 |
| 15 | Greenfield Commercial Credit LLC | None | | K | T | | | | | Reported on 2004 report on lines 6 & 32 |
| 16 | Hennessy Focus 30 Fund | E | Capital Gain | M | T | Buy | 04/27 | J | | Reported on 2004 report on line 33 |

1 Inc/Gain Codes: A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
(Col B1, D4)     F=$50,000-$100,000       G=$100,001-1,000,000       H=$1,000,001-$5,000,000       H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less       K=$15,001-$50,000       L=$50,001-100,000       M=$100,001-$250,000       N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000     P1=$ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market
(col C2)           U=Book Value      V=Other       W=Estimate

## VII. Page 2    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17  Hussman Strategic Growth Fund | A | Dividend | K | T | Partial Sale | 04/27 | J | A | Reported on 2004 report on line 34 |
| 18  Intel Corp (common) | A | Dividend | J | T | | | | | Reported on 2004 report on line 10 |
| 19  Investment Club (A fractional share of Investment Club, a Michigan Limited Liability Company; see part VIII for comments) | None | | K | T | | | | | Reported on 2004 report on line 223 |
| 20  iShares Dow Select Dividend Index Fund | None | | K | T | Buy | 04/29 | J | | Reported on 2004 report on line 35 |
| 21  iShares Dow S&P/Barra Growth Fund | None | | K | T | Buy | 04/29 | K | | |
| 22  Ishares S&P Global 100 Index Fund | None | | K | T | Buy | 08/10 | K | | |
| 23  Jensen Portfolio Class I Fund | A | Dividend | | T | Sell | 04/29 | J | None | Reported on 2004 report on line 36 |
| 24  Johnson & Johnson (common) | A | Dividend | K | T | | | | | Reported on 2004 report on line 12 |
| 25  Julius Baer Intern'l Fund | None | | | | Buy | 04/27 | J | | Reported on 2004 report on line 37 |
| 26  Julius Baer Intern'l Fund | None | | | | Sell | 08/05 | K | C | Reported on 2004 report on line 37 |
| 27  Lincoln National (common) | E | Dividend | O | T | Partial Sale | 02/15 | L | F | Reported on 2004 report on lines 7 & 38 |
| 28  Michigan residential real estate held for rental; ▮▮▮▮Cty | D | Dividend | M | T | | | | | Reported on 2004 report on line 17 |
| 29  Pepsico (common) | A | Dividend | L | T | | | | | Reported on 2004 report on line 12 |
| 30  Proctor & Gamble (common) | A | Dividend | K | T | | | | | Reported on 2004 report on line 13 |
| 31  Rydex ETF Tust S&P 500 Equal Weight Fund | None | | K | T | Buy | 04/29 | K | | |
| 32  S&P Dep Rcpts/Spdrs Trust | None | | K | T | Buy | 04/29 | K | | |

1 Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

| | 2005 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Robert H. Cleland | Date of Report<br><br>06/30/2006 |
|---|---|---|---|

VII. Page 3    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| 33 | Smucker & Co (common) | A | Dividend | J | T | | | | | Reported on 2004 report on line 14 |
| 34 | US Global China Regional Opp Fund | A | Dividend | J | T | | | | | Reported on 2004 report on line 43 |
| 35 | **IRA1** | None | | K | T | | | | | |
| 36 | DFA US Micro Cap Fund | | | | | Buy | 04/29 | K | | |
| 37 | Hennessy Cornerstone Growth Fund | | | | | Sell | 4/27 | J | B | |
| 38 | Hussman Strategic Growth Fund | | | | | Sell | 4/27 | J | B | |
| 39 | Jensen Portfolio Class I Fund | | | | | Sell | 4/29 | K | A | |
| 40 | Matthews Asian Growth & Income Fund | | | | | Buy | 4/28 | J | | |
| 41 | **IRA2** | None | | K | T | | | | | |
| 42 | Emerging Market Telecom Fund (IRA) | | | | | | | | | Reported on 2004 report on line 27 |
| 43 | Nasdaq 100 Tr Ser 1 (common) (IRA) | | | | | Buy | 05/02 | J | | Reported on 2004 report on line 39 |
| 44 | Rydex Sector Rotation Class H (common) (IRA) | | | | | Sell | 04/27 | J | B | Reported on 2004 report on line 41 |
| 45 | S&P Dep Rcpts/Spdrs Trust (IRA) | | | | | Buy | 05/04 | J | | |
| 46 | **FR1** | None | | N | T | | | | | |
| 47 | Constellation Ultra Short Duration Fixed Fund | | | | | Sell | 04/27 | K | None | |
| 48 | DFA Interm Government Fixed Fund | | | | | Buy | 04/27 | K | | |
| 49 | DFA US Large Cap Value Fund | | | | | Buy | 04/27 | J | | |
| 50 | DFA Micro Cap Fund | | | | | Buy | 04/27 | K | | |
| 51 | DFA US Small Cap Value Fund | | | | | Buy | 04/27 | J | | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less (Col C1, D3) | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal (col C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimate | |

VII. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52  Fidelity Cash Reserves Fund | | | | | | | | | |
| 53  Forward Intenational Small Companies Fund | | | | | Buy | 04/28 | K | | |
| 54  Hennessy Cornerstone Growth Fund | | | | | Sell | 04/27 | K | C | |
| 55  Hennessy Focus 30 Fund | | | | | Partial Sale | 04/27 | K | D | |
| 56  Hussman Strategic Growth (mutual fuind) | | | | | Partial Sale | 04/27 | K | B | |
| 57  iShares Dow Jones Select Divident | | | | | Buy | 05/04 | K | | |
| 58  iShares S&P 500/Barra Growth Fund | | | | | Buy | 05/04 | J | | |
| 59  Ishares S&P Global 100 Index Fund | | | | | Buy | 08/10 | J | | |
| 60  Jensen Portfolio CLI (common) | | | | | Sell | 04/29 | K | B | |
| 61  Julius Baer Global Income Instl Fund | | | | | Sell | 0804 | K | D | |
| 62  Julius Baer Total Return Bond Fund | | | | | Buy | 04/28 | J | | |
| 63  Lincoln National (common) | | | | | Partial Sale | 02/15 | K | E | |
| 64  Matthews Asian Growth & Income Fund | | | | | Partial Sale | 04/27 | J | B | |
| 65  NASDAQ 100 Tr Fund | | | | | Buy | 05/04 | K | | |
| 66  PIMCO Total Return Fund | | | | | Buy | 04/28 | K | | |
| 67  PIMCO Total Return Fund | | | | | Sell | 09/29 | K | None | |
| 68  Rydex Sector Rotation Class H (common) | | | | | Sell | 04/28 | K | B | |
| 69  S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 05/04 | K | | |
| 70  US Global China Region Opportunity Fund | | | | | Buy | 04/28 | K | | |
| 71  Vanguard Fixed Inc Secs Sh Term Corp Fund | | | | | Buy | 04/28 | K | | |
| 72  Vanguard Short Term Fund | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000 |
|---|
| (Col B1, D4)       F=$50,000-$100,000       G=$100,001-1,000,000       H=$1,000,001-$5,000,000       H2=$5,000,001 or more |

| 2 Val Codes:  J=$15,000 or less       K=$15,001-$50,000       L=$50,001-100,000       M=$100,001-$250,000       N=$250,001-$500,000 |
|---|
| (Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market |
|---|
| (col C2)       U=Book Value       V=Other       W=Estimate |

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 73  **FR2** | E | Dividend & Capital Gains | O | T | | | | | |
| 74  CUB Investment Partnership | | | | | | | | | |
| 75  DFA US Large Cap Value Fund | | | | | Buy | 04/28 | J | | |
| 76  DFA US Micro Cap Fund | | | | | Buy | 04/28 | K | | |
| 77  DFA US Small Cap Value FUnd | | | | | Buy | 04/28 | J | | |
| 78  Energy Sector SPDR Fund | | | | | Sell | 02/22 | J | C | |
| 79  Forward Internat'l Small Co (common) | | | | | | | | | |
| 80  Greenfield Commercial Credit (common) | | | | | | | | | |
| 81  Hennessy Cornerstone Growth Fund | | | | | Sell | 04/27 | J | None | |
| 82  Hennessy Focus 30 Fund | | | | | Partial Sale | 04/27 | J | None | |
| 83  Hussman Strategic Growth Fund | | | | | Partial Sale | 04/27 | K | A | |
| 84  iShares Dow Select Dividend Fund | | | | | | | | | |
| 85  Ishares S&P Global 100 Index Fund | | | | | Buy | 08/10 | J | | |
| 86  iShares S&P 500/Barra Growth Fund | | | | | Buy | 03/01 | J | | |
| 87  Jensen Portfolio Class 1 Fund | | | | | Sell | 04/29 | K | None | |
| 88  Julius Baer Intern'l Fund | | | | | Sell | 08/05 | J | B | |
| 89  Lincoln National (common) | | | | | Partial Sale | 02/15 | K | L | |
| 90  Matthews Asian Growth & Income Fund | | | | | | | | | |
| 91  Nasdaq 100 Tr Unit Ser 1 Fund | | | | | Buy | 05/03 | J | | |
| 92  Rydex ETF Trust S&P 500 Equal Weight Fund | | | | | Buy | 05/03 | J | | |
| 93  Rydex Sector Rotation Class H Fund | | | | | Sell | 04/28 | J | A | |

| 1 Inc/Gain Codes: A=1,000 or less (Col B1, D4) F=$50,000-$100,000 | B=$1,001-$2,500 G=$100,001-1,000,000 | C=2,501-$5,000 H=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes:  J=$15,000 or less (Col C1, D3) O=500,000-$1,000,000 | K=$15,001-$50,000 P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes:  Q=Appraisal (col C2)  U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

VII. Page 6    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 94  S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 05/03 | J | | |
| 95  US Global China Regional Opp Fund | | | | | | | | | |
| 96  FR3 | E | Dividend & Capital Gains | O | T | | | | | |
| 97  CUB Investment Partnership | | | | | | | | | |
| 98  DFA US Large Cap Value Fund | | | | | Buy | 04/28 | J | | |
| 99  DFA US Micro Cap Fund | | | | | Buy | 04/28 | K | | |
| 100  DFA US Small Cap Value FUnd | | | | | Buy | 04/28 | J | | |
| 101  Energy Sector SPDR Fund | | | | | Sell | 02/22 | J | C | |
| 102  Forward Internat'l Small Co (common) | | | | | | | | | |
| 103  Greenfield Commercial Credit (common) | | | | | | | | | |
| 104  Hennessy Cornerstone Growth Fund | | | | | Sell | 04/27 | J | None | |
| 105  Hennessy Focus 30 Fund | | | | | Partial Sale | 04/27 | J | None | |
| 106  Hussman Strategic Growth Fund | | | | | Partial Sale | 04/27 | K | A | |
| 107  iShares Dow Select Dividend Fund | | | | | | | | | |
| 108  Ishares S&P Global 100 Index Fund | | | | | Buy | 08/10 | J | | |
| 109  iShares S&P 500/Barra Growth Fund | | | | | Buy | 03/01 | J | | |
| 110  Jensen Portfolio Class 1 Fund | | | | | Sell | 04/29 | K | None | |
| 111  Julius Baer Intern'l Fund | | | | | Sell | 08/05 | J | B | |
| 112  Lincoln National (common) | | | | | Partial Sale | 02/15 | K | L | |
| 113  Matthews Asian Growth & Income Fund | | | | | | | | | |
| 114  Nasdaq 100 Tr Unit Ser 1 Fund | | | | | Buy | 05/03 | J | | |

1 Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
(Col B 1, D4)    F=$50,000-$100,000        G=$100,001-1,000,000        H=$1,000,001-$5,000,000        H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less        K=$15,001-$50,000        L=$50,001-100,000        M=$100,001-$250,000        N=$250,001-$500,000
(Col C1, D3)  O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal        R=Cost (real estate only)        S=Assessment        T=Cash/Market
(col C2)          U=Book Value        V=Other        W=Estimate

VII. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115 Rydex ETF Trust S&P 500 Equal Weight Fund | | | | | Buy | 05/03 | J | | |
| 116 Rydex Sector Rotation Class H Fund | | | | | Sell | 04/28 | J | A | |
| 117 S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 05/03 | J | | |
| 118 US Global China Regional Opp Fund | | | | | | | | | |
| 119 **FR4** | E | Dividend & Capital Gains | O | T | | | | | |
| 120 CUB Investment Partnership | | | | | | | | | |
| 121 DFA US Large Cap Value Fund | | | | | Buy | 04/28 | J | | |
| 122 DFA US Micro Cap Fund | | | | | Buy | 04/28 | K | | |
| 123 DFA US Small Cap Value FUnd | | | | | Buy | 04/28 | J | | |
| 124 Energy Sector SPDR Fund | | | | | Sell | 02/22 | J | C | |
| 125 Forward Internat'l Small Co (common) | | | | | | | | | |
| 126 Greenfield Commercial Credit (common) | | | | | | | | | |
| 127 HennessyComerstone Growth Fund | | | | | Sell | 04/27 | J | None | |
| 128 Hennessy Focus 30 Fund | | | | | Partial Sale | 04/27 | J | None | |
| 129 Hussman Strategic Growth Fund | | | | | Partial Sale | 04/27 | K | A | |
| 130 iShares Dow Select Dividend Fund | | | | | | | | | |
| 131 Ishares S&P Global 100 Index Fund | | | | | Buy | 08/10 | J | | |
| 132 iShares S&P 500/Barra Growth Fund | | | | | Buy | 03/01 | J | | |
| 133 Jensen Portfolio Class 1 Fund | | | | | Sell | 04/29 | K | None | |
| 134 Julius Baer Intern'l Fund | | | | | Sell | 08/05 | J | B | |
| 135 Lincoln National (common) | | | | | Partial Sale | 02/15 | K | L | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes: (Col CI, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| 136  Matthews Asian Growth & Income Fund | | | | | | | | | | |
| 137  Nasdaq 100 Tr Unit Ser 1 Fund | | | | | Buy | 05/03 | J | | | |
| 138  Rydex ETF Trust S&P 500 Equal Weight Fund | | | | | Buy | 05/03 | J | | | |
| 139  Rydex Sector Rotation Class H Fund | | | | | Sell | 04/28 | J | A | | |
| 140  S&P Dep Rcpts/Spdrs Trust Fund | | | | | Buy | 05/03 | J | | | |
| 141  US Global China Regional Opp Fund | | | | | | | | | | |
| 142  **FR5** | G | Dividend | N | T | | | | | | |
| 143  BP PLC Sponsored ADR | | | | | | | | | | |
| 144  Lincoln National (common) | | | | | | | | | | |
| 145  Nisource, fka NIPSCO (common) | | | | | | | | | | |
| 146  SEMCO Energy (common) | | | | | | | | | | |
| 147  Fidelity Spartan Florida Municipal Income Fund | | | | | | | | | | |
| 148  Fidelity Fund (MM) | | | | | | | | | | |
| 149  **FR6** | E | Dividend & Interest | P1 | T | | | | | | |
| 150  Albertsons Inc (common) | | | | | Sell | 02/23 | J | None | | |
| 151  Albertsons Inc (common) | | | | | Sell | 03/08 | J | None | | |
| 152  Allstate Corp (common) | | | | | Partial Sale | 02/23 | J | B | | |
| 153  Alltel Corp (common) | | | | | Partial Sale | 02/23 | J | B | | |
| 154  American Express Co (common) | | | | | | | | | | |
| 155  Ameriprise Financial Inc (common) | | | | | Spin-off | 10/03 | | | Spin-off from American Express | |

| 1 Inc/Gain Codes:<br>(Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes:<br>(Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1=$ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 9     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 156   Amer Int'l Group Inc (common) | | | | | Partial Sale | 02/23 | J | None | |
| 157   Amer Int'l Group Inc (common) | | | | | Sell | 12/13 | K | None | |
| 158   Anadarko Petroleum Corp (common) | | | | | | | | | |
| 159   Astrazeneca PLC (common) | | | | | | | | | |
| 160   AXA - Spon-ADR (common) | | | | | | | | | Incorrectly listed as a full sale in 2004 on line 139 |
| 161   BT Group PLC (common) | | | | | | | | | |
| 162   BASF AG-Spon ADR (common) | | | | | | | | | Incorrectly listed as a full sale in 2004 on line 144 |
| 163   Baker Hughes Inc (common) | | | | | Partial Sale | 08/16 | J | C | |
| 164   Banco Santander Centl Hispano SA Spon ADR (common) | | | | | | | | | |
| 165   Barclays PLC (common) | | | | | Sell | 10/17 | J | C | |
| 166   Bellsouth Corp (common) | | | | | Sell | 03/07 | J | None | |
| 167   Burlington Resources Inc (common) | | | | | Buy | 11/07 | J | | |
| 168   Caterpillar Inc (common) | | | | | | | | | Incorrectly listed as a full sale in 2004 on line 147 |
| 169   Chevron Texaco Corp (common) | | | | | | | | | |
| 170   Cisco Systems Inc (common) | | | | | Buy | 03/08 | J | | |
| 171   Comeria Inc (common) | | | | | Sell | 10/17 | J | None | |
| 172   Conocophillips (common) | | | | | Buy | 03/03 | K | | |
| 173   Conocophillips (common) | | | | | Partial Sale | 07/27 | J | B | |
| 174   Costco Warehouse Corp (common) | | | | | Partial Sale | 02/23 | J | B | |
| 175   Costco Warehouse Corp (common) | | | | | Sell | 03/08 | J | C | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 10    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 176  Credit Suisse Group Spon ADR (common) | | | | | Partial Sale | 02/23 | J | C | |
| 177  Credit Suisse Group Spon ADR (common) | | | | | Partial Sale | 08/16 | J | C | |
| 178  Credit Suisse Group Spon ADR (common) | | | | | Buy | 12/05 | K | | |
| 179  Danaher Corp (common) | | | | | Partial Sale | 02/23 | J | B | |
| 180  Dell Computer Corp (common) | | | | | | | | | |
| 181  Disney Walt Co (common) | | | | | | | | | |
| 182  Duke Energy Corp (common) | | | | | Sell | 10/17 | J | None | |
| 183  E on Ag Spon ADR (common) | | | | | | | | | |
| 184  Electronic Data Systems Corp (common) | | | | | Partial Sale | 2/23 | J | None | |
| 185  Electronic Data Systems Corp (common) | | | | | Sell | 03/10 | J | None | |
| 186  Enel Spa Spon ADR (common) | | | | | Sell | 10/17 | J | B | Incorrectly listed as a full sale in 2004 on line 162 |
| 187  EMC Corp Mass (common) | | | | | Buy | 11/04 | K | | |
| 188  Exxon Mobil Corp (common) | | | | | Buy | 11/04 | K | | |
| 189  Fedex Corp (common) | | | | | Partial Sale | 02/23 | J | D | |
| 190  Fidelity Cash Reserves | | | | | | | | | |
| 191  First Data Corp (common) | | | | | Partial Sale | 02/23 | J | A | |
| 192  First Data Corp (common) | | | | | Sell | 03/08 | J | B | |
| 193  Gannett Co (common) | | | | | Sell | 03/08 | J | None | |
| 194  Gap Inc (common) | | | | | Sell | 11/04 | J | None | |
| 195  General Electric Co (common) | | | | | Partial Sale | 02/23 | J | None | |
| 196  General Electric Co (common) | | | | | Sell | 12/13 | J | None | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes:  Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)  U=Book Value | V=Other | W=Estimate | |

VII. Page 11   INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 197 Glaxo SmithKline PLC ADR (common) | | | | | | | | | |
| 198 Goldman Sachs Group, Inc (common) | | | | | | | | | |
| 199 Hitachi Ltd - Spons - ADR (common) | | | | | Partial Sale | 02/23 | J | B | Incorrectly listed as a full sale in 2004 on line 170 |
| 200 Honeywell International Inc (common) | | | | | | | | | |
| 201 HSBC Holdings PLC (common) | | | | | Sell | 11/04 | J | C | |
| 202 IBM Corp (common) | | | | | Buy | 03/08 | J | | |
| 203 Ing Group N V NL Spon ADR (common) | | | | | | | | | |
| 204 Intel Corp (common) | | | | | Partial Sale | 02/23 | J | A | |
| 205 Ishares MSCI Japan Index Fund | | | | | Partial Sale | 02/23 | J | A | |
| 206 Ishares MSCI Japan Index Fund | | | | | Buy | 11/07 | M | | |
| 207 Ishares NASDAQ Biotech Index Fund | | | | | Sell | 03/07 | K | None | |
| 208 Int'l Paper Co (common) | | | | | Buy | 03/03 | K | | |
| 209 Int'l Paper Co (common) | | | | | Sell | 10/17 | J | None | |
| 210 Johnson & Johnson (common) | | | | | | | | | Incorrectly listed as a full sale in 2004 on line 180 |
| 211 KLA-Tencor Corp (common) | | | | | Buy | 03/03 | K | | |
| 212 Kimberly Clark Corp (common) | | | | | Sell | 11/07 | J | None | |
| 213 LaFarge SA Spon ADR (common) | | | | | Partial Sale | 11/07 | J | A | |
| 214 LaFarge SA Spon ADR (common) | | | | | Sell | 02/23 | J | B | |
| 215 Lehman Brothers Holdings Inc (common) | | | | | Partial Sale | 08/16 | J | C | |
| 216 Lincoln National (common) | | | | | | | | | |
| 217 Lockheed Martin Corp (common) | | | | | | | | | |
| 218 Lowes Companies Inc | | | | | | | | | |

1 Inc/Gain Codes: A=1,000 or less         B=$1,001-$2,500         C=2,501-$5,000         D=$5,001-$15,000     E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000     G=$100,001-1,000,000     H=$1,000,001-$5,000,000     H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less     K=$15,001-$50,000     L=$50,001-100,000     M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal         R=Cost (real estate only)     S=Assessment         T=Cash/Market
(col C2)         U=Book Value         V=Other         W=Estimate

VII. Page 12    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend; rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 219 Manulife Financial Services (common) | | | | | Buy | 12/29/03 | K | | Incorrectly omitted from past reports |
| 220 Matsushita Elec Ind (common) | | | | | | | | | |
| 221 Merck & Co (common) | | | | | Sell | 12/13 | J | None | |
| 222 Micron Technology Inc (common) | | | | | Sell | 03/10 | J | None | |
| 223 Microsoft Corp (common) | | | | | | | | | |
| 224 Mitsubishi Tokyo Financial Spon ADR (common) | | | | | | | | | |
| 225 Morgan Stanley (common) | | | | | Buy | 03/09 | K | | |
| 226 Motorola Inc (common) | | | | | Buy | 10/17 | K | | |
| 227 Nat'l City Corp (common) | | | | | Partial Sale | 03/08 | J | B | |
| 228 News Corp LTD ADR New Australia (common) | | | | | | | | | |
| 229 Nissan Motor Ltd (common) | | | | | Buy | 03/03 | J | | |
| 230 Nissan Motor Ltd (common) | | | | | Partial Sale | 08/16 | J | B | |
| 231 Nomura Holdings Inc New Spon ADR (common) | | | | | | | | | |
| 232 Occidental Petroleum Corp (common) | | | | | | | | | |
| 233 Oracle Corp (common) | | | | | | | | | |
| 234 Procter & Gamble Co (common) | | | | | | | | | Incorrectly listed as a full sale in 2004 on line 203 |
| 235 Royal Dutch Shell PLC-ADR (common) | | | | | | | | | Incorrectly listed as a full sale in 2004 on line 207 |
| 236 RMA Money Mkt Portfolio | | | | | | | | | |
| 237 San Paolo IMI (common) | | | | | | | | | |
| 238 Sanofi-Aventis-ADR (common) | | | | | Partial Sale | 02/23 | J | A | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=1,000 or less<br>F=$50,000-$100,000 | B=$1,001-$2,500<br>G=$100,001-1,000,000 | C=2,501-$5,000<br>H=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col C1, D3) | J=$15,000 or less<br>O=500,000-$1,000,000 | K=$15,001-$50,000<br>P1= $ 1,000,001-$5,000,000 | L=$50,001-100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimate | T=Cash/Market | |

VII. Page 13    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239 Sara Lee Corp (common) | | | | | Sell | 11/07 | J | None | |
| 240 Schlumberger Ltd (common) | | | | | Buy | 10/17 | K | | |
| 241 Siebel Systems Inc (common) | | | | | Sell | 09/15 | J | B | |
| 242 Siemens AG-Spons ADR (commmon) | | | | | | | | | Incorrectly listed as a full sale in 2004 on lines 212 & 213 |
| 243 Sony Corp (common) | | | | | Buy | 03/03 | K | | |
| 244 SPDR Corp - Spons ADR (common) | | | | | Buy | 12/13 | L | | |
| 245 Suntrust Banks Inc (common) | | | | | Sell | 10/17 | J | A | |
| 246 Telefonica SA-Spon ADR (common) | | | | | Buy | 03/09 | J | | |
| 247 Telefonica SA-Spon ADR (common) | | | | | Sell | 12/13 | J | None | |
| 248 Time Warner, Inc. (common) | | | | | Buy | 03/10 | J | | |
| 249 Total SA-Spon ADR (common) | | | | | Buy | 01/19 | K | | |
| 250 Transocean, Inc (common) | | | | | Buy | 03/10 | K | | |
| 251 Tyco Intl Ltd New (common) | | | | | Buy | 03/08 | K | | |
| 252 Tyco Intl Ltd New (common) | | | | | Sell | 12/13 | J | None | |
| 253 Washington Mutual Inc (common) | | | | | Sell | 03/10 | K | B | Incorrectly listed as a full sale in 2004 on line 220 |
| 254 UBS AG (USD) Stock) | | | | | Buy | 03/03 | K | | |
| 255 US Bankcorp (common) | | | | | Buy | 03/03 | K | | |
| 256 US Bankcorp (common) | | | | | Sell | 11/04 | K | None | |
| 257 United Technologies Corp (common) | | | | | Partial Sale | 01/19 | J | B | |
| 258 United Technologies Corp (common) | | | | | Partial Sale | 08/16 | J | B | |

| 1 Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col C1, D3) | O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 14    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 259  FR7 | A | Interest/ Dividend | J | T | | | | | |
| 260  Fidelity Cash Reserves | | | | | | | | | |
| 261 | | | | | | | | | |
| 262 | | | | | | | | | |
| 263 | | | | | | | | | |
| 264 | | | | | | | | | |
| 265 | | | | | | | | | |
| 266 | | | | | | | | | |
| 267 | | | | | | | | | |
| 268 | | | | | | | | | |
| 269 | | | | | | | | | |
| 270 | | | | | | | | | |
| 271 | | | | | | | | | |
| 272 | | | | | | | | | |
| 273 | | | | | | | | | |
| 274 | | | | | | | | | |
| 275 | | | | | | | | | |
| 276 | | | | | | | | | |
| 277 | | | | | | | | | |
| 278 | | | | | | | | | |
| 279 | | | | | | | | | |
| 280 | | | | | | | | | |

| 1 Inc/Gain Codes: A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col B1, D4)  F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col C1, D3) O=500,000-$1,000,000 | P1= $ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (col C2)  U=Book Value | V=Other | W=Estimate | |

| Name of Person Reporting | Date of Report |
|---|---|
| CLELAND, ROBERT H | 06/30/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: "Investment Club" line 19 Section VII - Investments

This entity is a Limited Liability Company, and is the equivalent of a mutual fund or limited partnership designed to engage in investment strategies. It is a "common investment fund" and the assets are not individually reported because the reporting judge does not control or influence the Company's investment decisions, which are delegated to the investment advisory division of a financial institution. See Commentary (3) and Commentary (5) to Part VIII, pages 59-60, January 2, 2006 Financial Disclosure Instructions. See also Canon 3(C)(3)(c)(ii).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date _30 June 06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544